UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUTIERREZ,<br><br>                         Plaintiff,<br><br>v.<br><br>REGAL ENTERTAINMENT GROUP,<br><br>                        Defendant. | Case No.: 17CV2512 WQH (BGS)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE DISCOVERY DEADLINES**<br><br>[ECF 14] |

On August 21, 2018, the parties filed a Joint Motion to Continue Discovery Deadlines. (ECF 14.) The Joint Motion fails to comply with the undersigned's Chambers Rules. (Section III.C.1.) The Joint Motion lacks "a declaration from counsel of record detailing the steps taken to comply with the dates and deadlines set in the order, the specific reasons why deadlines cannot be met, and well as the specific discovery that has been conducted, and what specific discovery remains outstanding." (*Id.*) The Joint Motion itself also does not include this information, resulting in a failure to show good cause for any of the extensions requested. The parties provide absolutely no explanation why they have not or cannot comply with the Scheduling Order. Additionally, the parties are seeking extensions to complete fact discovery, a deadline that past more than a month ago, but fail to address excusable neglect. Fed. R. Civ. P. 6(b)(1)(B) ("When an act may

or must be done within a specified time, the court may, for good cause, extend time: . . . on motion made after the time has expired *if the party failed to act because of excusable neglect*." (emphasis added)).  For these reasons, the Joint Motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated:  August 21, 2018

_____
Hon. Bernard G. Skomal
United States Magistrate Judge